**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IRONWORKS PATENTS, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>　　　　Defendants. | Case No. 17-1399-RGA |

**JOINT MOTION TO DISMISS AND [PROPOSED] ORDER**

　　　Plaintiff Ironworks Patents, LLC and Defendant Apple Inc. have reached a settlement agreement that resolves all matters in this controversy between them and jointly move the Court to dismiss the above-captioned action as follows:

　　　IT IS HEREBY ORDERED that all claims, counterclaims, and defenses that have been, or could have been, asserted in this lawsuit against Apple Inc. by Ironworks Patents, LLC are dismissed with prejudice.

　　　IT IS HEREBY ORDERED that all claims, counterclaims, and defenses that have been or could have been asserted in this lawsuit against Ironworks Patents, LLC by Apple Inc. are dismissed without prejudice.

　　　IT IS HEREBY ORDERED that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

　　　IT IS HEREBY ORDERED that the Court shall retain jurisdiction to enforce the settlement agreement.

Dated: November 30, 2018

| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Michael J. Farnan | /s/ Bindu A. Palapura |
| Brian E. Farnan (Bar No. 4089) | David E. Moore (#3983) |
| Michael J. Farnan (Bar No. 5165) | Bindu A. Palapura (#5370) |
| 919 N. Market St., 12th Floor | Stephanie E. O'Byrne (#4446) |
| Wilmington, DE 19801 | Jennifer Penberthy Buckley (#6264) |
| Telephone: (302) 777-0300 | Hercules Plaza, 6th Floor |
| bfarnan@farnanlaw.com | 1313 N. Market Street |
| mfarnan@farnanlaw.com | Wilmington, DE 19801 |
|  | Tel: (302) 984-6000 |
| David Berten (admitted Pro Hac) | dmoore@potteranderson.com |
| dberten@giplg.com | bpalapura@potteranderson.com |
| Alison Aubry Richards (admitted Pro Hac) | sobyrne@potteranderson.com |
| Arichards@giplg.com | jbuckley@potteranderson.com |
| Hannah Sadler (admitted Pro Hac) |  |
| hsadler@giplg.com | Xin-Yi Zhou (admitted pro hac vice) |
| Global IP Law Group, LLC | O'MELVENY & MYERS LLP |
| 55 W. Monroe St., Ste. 3400 | 400 South Hope Street, 18th Floor |
| Chicago, Illinois 60603 | Los Angeles, CA  90071 |
| Phone:  312.241.1500 | Tel:  (213) 430-6000 |
|  | vzhou@omm.com |
| *Attorneys for Plaintiff, Ironworks Patents, LLC* |  |
|  | Luann L. Simmons (admitted pro hac vice) |
|  | O'MELVENY & MYERS LLP |
|  | Two Embarcadero Center, 28th Floor |
|  | San Francisco, CA  94111 |
|  | Tel:  (415) 984-8700 |
|  | lsimmons@omm.com |
|  |  |
|  | *Attorneys for Defendant, Apple Inc.* |

IT IS SO ORDERED this ___ day of _____, 2018.

_____
United States District Judge